# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS BUENROSTRO,<br><br>               Plaintiff,<br><br>    v.<br><br>FAJARDO,<br><br>               Defendant. | Case No. 1:14-cv-00075-BAM (PC)<br><br>ORDER TO RECAPTION CASE |

This action proceeds only against Defendant Fajardo. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated:   **May 23, 2017**            _/s/ Barbara A. McAuliffe_
                                           UNITED STATES MAGISTRATE JUDGE

1