# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS BUENROSTRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FAJARDO,<br><br>　　　　Defendant. | Case No. 1:14-cv-00075-BAM (PC)<br><br>ORDER DENYING MOTION TO INFORM THE COURT OF POSSIBLE FURTHER RETALIATION BY BOP STAFF DUE TO THIS CIVIL ACTION<br><br>(ECF No. 50) |

Plaintiff Jose Luis Buenrostro ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). This action proceeds on Plaintiff's third amended complaint against Defendant Fajardo for retaliation in violation of the First Amendment, arising out of the blocking of phone numbers, interference with typewriter access, and false accusations regarding possession of a cell phone and related strip searches.

On September 29, 2017, Plaintiff filed a "Motion to Inform the Court of Possible Further Retaliation by BOP Staff Due to This Civil Action." (ECF No. 50.) Plaintiff states that he was transferred from FCI Lompoc Medium to FCI Lompoc Low on September 1, 2017. Although his visiting list was recently approved by the same Warden, the new Unit Manager and Counselor at the low-security institution denied Plaintiff's request to leave his current approved visiting list standing for the first thirty days. Plaintiff sent a letter about the possible retaliatory actions of

1

BOP staff to the BOP Western Regional Director Mary M. Mitchell.  Plaintiff requests that the Court take notice of his fear of further retaliation by BOP staff due to his ongoing litigation against prison personnel.  Plaintiff attaches the letter and affidavit he sent to Director Mitchell and an inmate request to staff form dated September 8, 2017.  (Id.)

The Court construes the motion as a request for judicial notice.  Defendant has not filed a response to the motion, and the deadline to file a response has expired.  The motion is deemed submitted.  Local Rule 230(l).

Rule 201(b) of the Federal Rules of Evidence provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).  The documents submitted are not the type of adjudicative facts that are judicially noticeable.  Accordingly, the request for judicial notice will be denied.

Accordingly, Plaintiff's Motion to Inform the Court of Possible Further Retaliation by BOP Staff Due to This Civil Action, (ECF No. 50), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **November 2, 2017**          /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE