Jose Luis Buenrostro #08589-097
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

Plaintiff in Pro-se



FILED

FEB 15 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS BUENROSTRO,

      Plaintiff,

v.

FAJARDO, et al.,

      Defendant(s).
_____/

Case NO.1:14-cv-00075-DAD-BAM (PC)

**MOTION FOR RECONSIDERATION OF ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM (Doc. No. 62).**

COMES NOW, Plaintiff Jose Luis Buenrostro, in pro-se, and hereby files this motion for reconsideration of the Court's 1/29/18 Order, received by Plaintiff at the 5:00 p.m., mail call on 2/8/18 delivered to the inmate by prison staff, wherein the Judge is adopting the magistrate judge's December 5, 2017 (Doc. No.62) order based in her interpretation of the Supreme Court decision in Ziqlar v. Abbasi, 137 S.Ct. 1843, 198 L.Ed.2d 290 (2017), wherein the Court addressed Bivens claims challenging "the detention policy" imposed on "illegal aliens detainees" imposed on them pursuant to the "formal policy adopted bye the Executive Officials in the wake of the September 11 "terrorist" attack." Id.at 1158.

In support of Plaintiff's contention that the Magistrate judge erroneously interpreted the "deteinees' claims as being analogous with Plaintiff, a United States citizen with Constitutional rights claims violations, the Supreme Court was clear to say: "First, respondents' detention policy claims challenge more than standard "law enforcement operations." Id. at 1671 (citations omitted). They challenge as well

major elements of the Government's whole response to the September 11 attacks, thus of necessity requiring an inquiry into sensitive issues of national security." Id. at 1161. "Were this inquiry to be allowed in a private suit for damages, the Bivens action would assume dimensions far greater than those present in Bivens itself, or in either of its two follow-on cases, or indeed in any putative Bivens case yet to come before the Court." Id. 137 S.Ct. at 1871.

It is clear, as opposed to the instant Constitutional right violations claimed by Plaintiff in the instant case, the Supreme Court was careful to permit a Bivens type of action to proceed on the "illegal aliens detainees challenging the "detention policy" after their obvious "terrorist attack" on September 11, for as the Court noted: "For these and other reasons, courts have shown deference to what the Executive Branch "has determined... is 'essential to national security.'" Id. (citations omitted). Clearly, the Supreme Court did not overrule Bivens nor either of its two follow-on cases permitting a U.S. citizen to challenge a Constitutional protected right infringement as here.

For these reasons, this Court should carefully analyze the Ziglar case and make a sound finding at its discretion to permit Plaintiff to continue with his Constitutional right infringements claims, and/or to permit him, as he previously requested, to be permitted to amend his Third Amended Complaint wherein to include his Fifth Amendment right infrigement previously acknowledged by the Magistrate Judge the Defendants committed against the Plaintiff. Otherwise, the Plaintiff will be left without any remedy at law.

Alternative, this motion should be converted in a notice of appeal.

DATED: February 12, 2018                    Respectfully submitted,

1

## CERTIFICATE OF SERVICE

2    I, Jose Luis Buenrostro____, hereby certify that I have

3  served a true and correct copy of;

4  Motion for reconsideration of order adopting amended findings
   and recommendations regarding dismissal of action for failure

5  to state a claim (Doc. No. 62).

6

7

8  [which is considered filed/served at the moment it was delivered

9  to prison authorities for mailing as provided for in Houston v.

10  Lack, 487 U.S. 266, 101 L.Ed.2d 245 (1988)] to the following

11  listed parties/persons by placing a complete copy of the above

12  described materials in a sealed envelope affixed with the

13  appropriate pre-paid first-class United States postage:

14  U.S. Attorneys Office
    2500 Tulare Street, Suit 4401

15  Fresno, CA 93721

16

17

18

19  and deposited same with prison officials here at the Federal

20  Correctional Institution in Lompoc, California, on this the

21  __12th__ day of February_____, 2018____.

22    **Pursuant to Title 28, United States Code section 1746, I**

23  **declare under penalty of perjury that the foregoing is true and**

24  **correct.  Executed this the** __12th__ **day of** February_____, 2018__.

25

26    (Signature) _Jose Luis Bennrostro_

27    Printed Name:  Jose Luis Buenrostro
      Federal Register # 08589-097

28    Federal Correctional Institution (Low)
      3600 Guard Road, Lompoc, CA 93436-2705
      No Telephone/Fax/E-Mail Available